No. 285. PIKE ET AL. v. WALKER, POSTMASTER GENERAL, ET AL. October 13, 1941. Petition for writ of certiorari to the Court of Appeals for the District of Columbia denied. MR. JUSTICE JACKSON took no part in the consideration and decision of this application. Mr. Horace J. Donnelly, Jr. for petitioners. Assistant Solicitor General Fahy, Assistant Attorney General Berge, and Mr. Oscar A. Provost for respondents.

No. 300. HUNT v. UNITED STATES; and
No. 301. HENDERSON v. UNITED STATES. October 13, 1941. Petition for writs of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. MR. JUSTICE JACKSON took no part in the consideration and decision of this application. Mr. Henry L. Balaban for petitioners. Assistant Solicitor General Fahy, Assistant Attorney General Berge, and Mr. Oscar A. Provost for the United States. Reported below: 120 F. 2d 592.

No. 351. ANHEUSER-BUSCH, INC. ET AL. v. BECKER, COLLECTOR OF INTERNAL REVENUE. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. MR. JUSTICE JACKSON took no part in the consideration and decision of this application. Messrs. Daniel N. Kirby and Harry W. Kroeger for petitioners. Assistant Solicitor General Fahy, Assistant Attorney General Clark, and Miss Helen R. Carloss and Mr. Paul R. Russell for respondent.